**DAJ**

**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**NOVEMBER 20, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6553**

In the Matter of

Jean Shutler, Plaintiff

v.

Lake Forest Country Day School, an Illinois not for profit corporation, Defendant.

Case Number:

**JUDGE MANNING**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Jean Shutler

| |
|---|
| NAME (Type or print)<br> Edward R. Theobald |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Edward R. Theobald |
| FIRM<br> Law Offices of Edward R. Theobald |
| STREET ADDRESS<br> Three First National Plaza, 70 W. Madison Street, Suite 2030 |
| CITY/STATE/ZIP<br> Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 2814595 | TELEPHONE  NUMBER<br> 312-346-9246 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |