AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Jean Shutler, Plaintiff

V.

Lake Forest Country Day School, an Illinois not for profit corporation, Defendant

CASE NUMBER: **07 C 6553**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE MANNING
MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Defendant, Lake Forest Country Day School
c/o Michael Robinson, registered agent
145 South Green Bay Road
Lake Forest, IL 60045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward R. Theobald
Law Offices of Edward R. Theobald
70 W. Madison Street, Suite 2030
Chicago, IL 60602
312-346-9246

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**



**November 20, 2007**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 10 AM | 26 November 2007 |
| NAME OF SERVER (PRINT) Lawrence Ryan | TITLE Licensed Private Detective #1180 ||

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Personally served Michael Robinson, Registered Agent for Lake Forest Country Day School @ 145 S. Green Bay Rd. in Lake Forest, Ill. 60045

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  26 Nov 2007
            Date                Signature of Server

**LAWRENCE RYAN
INVESTIGATION SERVICES**
9624 S. Cicero, Suite 184
Oak Lawn, IL 60453

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.