# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
*Jean Shutler v. Lake Forest Country Day School, an Illinois not for profit corporation*

Case Number: 07 C 6553

Judge Manning
Magistrate Judge Valdez

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LAKE FOREST COUNTRY DAY SCHOOL

DEFENDANT DEMANDS TRIAL BY JURY

| | |
|---|---|
| NAME (Type or print)   WILLIAM C. BARASHA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   S/WILLIAM C. BARASHA | |
| FIRM   JUDGE, JAMES & KUJAWA, LLC | |
| STREET ADDRESS   422 NORTH NORTHWEST HIGHWAY, STE. 200 | |
| CITY/STATE/ZIP   PARK RIDGE, IL   60068 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   3123158 | TELEPHONE NUMBER   (847) 292-1200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X     NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |