# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>*Jean Shutler v. Lake Forest Country Day School, an Illinois not for profit corporation* | Case Number: 07 C 6553<br><br>Judge Manning<br>Magistrate Judge Valdez |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LAKE FOREST COUNTRY DAY SCHOOL, an Illinois not for profit corporation

DEFENDANT DEMANDS TRIAL BY JURY

| |
|---|
| NAME (Type or print)    JAY S. JUDGE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         S/JAY S. JUDGE |
| FIRM    JUDGE, JAMES & KUJAWA, LLC |
| STREET ADDRESS    422 NORTH NORTHWEST HIGHWAY, STE. 200 |
| CITY/STATE/ZIP    PARK RIDGE, IL   60068 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    TELEPHONE NUMBER<br>01373293                                            (847) 292-1200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☐    NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐    NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES **X**    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES **X**    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |