# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>*Jean Shutler v. Lake Forest Country Day School, an Illinois not for profit corporation* | Case Number: 07 C 6553<br><br>Judge Manning<br>Magistrate Judge Valdez |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LAKE FOREST COUNTRY DAY SCHOOL, an Illinois not for profit corporation
DEFENDANT DEMANDS TRIAL BY JURY

| |
|---|
| NAME (Type or print)   MICHAEL E. KUJAWA |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       S/MICHAEL E. KUJAWA |
| FIRM    JUDGE, JAMES & KUJAWA, LLC |
| STREET ADDRESS   422 NORTH NORTHWEST HIGHWAY, STE. 200 |
| CITY/STATE/ZIP    PARK RIDGE, IL   60068 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6244621 | TELEPHONE NUMBER<br>(847) 292-1200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐