IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEAN SHUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No.   07 C 6553 |
| | ) |
| LAKE FOREST COUNTRY DAY SCHOOL, an Illinois not for profit corporation, | )   The Honorable Blanche Manning )   Judge Presiding ) |
| | )   Magistrate Judge Maria Valdez |
| Defendant. | ) |

## Report of Parties' Discovery Conference

Pursuant to Fed R. Civ. P. 26(f) and LR 26.1, the parties held a conference on January 17, 2008, and submit the following report:

**A.**   **Nature of Case**

1. Plaintiff, 63 years old, a former teacher for defendant, filed a claim alleging her employment was terminated in violation of the Age Discrimination in Employment Act, (ADEA) 29 U.S.C. Sec. 621 *et seq.*   Defendant has filed an answer denying that it violated the ADEA. This Court has jurisdiction of this complaint under 29 U.S.C. Sec. 626(c), and 28 U.S.C. Sections 1331. Jurisdiction is not disputed.

2. In summary, the relief sought by plaintiff is a judgment against defendant and lost wages, lost income, lost compensation and lost benefits, prejudgment interest on money awards, twice the sum of the monetary damages for intentional violations of the ADEA, various forms of injunctive relief including reinstatement and make whole relief, future damages or front pay, and attorney's fees and costs.

3. The defendant has been served.

4. The anticipated factual issues at this time are whether plaintiff's age was a motivating factor in the defendant's decision to terminate her employment.

**B.    Draft Scheduling Order** is attached.

**C.    Trial Status**

1. Both parties have demanded trial by jury.

2. The probable length of the trial is 3-4 days.

**D.    The Parties Do Not Agree to Proceed Before the Magistrate Judge**

**E.    Settlement Status**

The parties have engaged in significant settlement discussions, including a lengthy mediation at EEOC. The parties have agreed to continue settlement discussions with the EEOC mediator and to forgo discovery until the conclusion of the mediation at the EEOC. The parties expect that the EEOC mediation will conclude within 45-60 days.

Dated: January 31, 2008

| | |
|---|---|
| S/ Edward R. Theobald | S/William C. Barasha |
| Edward R. Theobald | William C. Barasha |
| Attorney for Plaintiff | Attorney for Defendant |
| Three First National Plaza | Judge, James & Kujawa, LLC |
| 70 W. Madison Street | 422 N. Northwest Highway |
| Suite 2030 | Suite 200 |
| Chicago, IL 60602 | Park Ridge, IL 60068 |
| 312-346-9246 | 847-292-1200 |