IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEAN SHUTLER, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.  07 C 6553 |
| | ) | |
| LAKE FOREST COUNTRY DAY | ) | The Honorable Blanche Manning |
| SCHOOL, an Illinois not for profit | ) | Judge Presiding |
| corporation, | ) | |
| | ) | Magistrate Judge Maria Valdez |
| Defendant. | ) | |

SCHEDULING ORDER

1.  **Discovery**

    A.    All disclosures required by Rule 26(a)(1) shall be made within 21 days of

the conclusion of the mediation at the EEOC.

    B.    The cutoff of fact discovery is December 31, 2008.

    C.    The parties do not anticipate expert testimony pursuant to Rule 26(a)(2).

2.  **Motions**

Any dispositive motions shall be filed on or before February 11, 2009.

3.  **Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before March 2, 2009.

The final pretrial conference will be held on _____ at _____.m. (This date
and time will be set by the Court at the Rule 16 conference.)

4.    **Trial**  is set in this matter on _____ at 10:00 a.m. (Date will be set by Court).

_____
Dated:                                    _____
                                          Judge Manning
                                          United States District Judge