IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEAN SHUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No.  07 C 6553 |
| | ) |
| LAKE FOREST COUNTRY DAY | )  The Honorable Blanche Manning |
| SCHOOL, an Illinois not for profit | )  Judge Presiding |
| corporation, | ) |
| | )  Magistrate Judge Maria Valdez |
| Defendant. | ) |

**NOTICE OF FILING**

TO:  William C. Barasha
       Judge, James & Kujawa, LLC
       422 N. Northwest Highway
       Suite 200
       Park Ridge, IL 60068

     PLEASE TAKE NOTICE that on February 1, 2008, we filed with the Clerk of the above Court, the Report of the Parties Planning Conference and Proposed Scheduling Order, copies of which are attached hereto.

                                 S/ Edward R. Theobald
                                 EDWARD R. THEOBALD

EDWARD R. THEOBALD (2814595)
Three First National Plaza, 70 W. Madison Street, Suite 2030
Chicago, IL  60602
(312)  346-9246

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that he served a copy of the foregoing Notice of Filing to be served upon the above attorney, by electronic filing using the U.S. District Court for the Northern District of Illinois Electronic Case Filing System, on the 1st day of February, 2008.

                                 S/ Edward R. Theobald
                                 EDWARD R. THEOBALD