# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Jean Shutler

                          Plaintiff,

v.                                          Case No.: 1:07−cv−06553
                                                  Honorable Blanche M. Manning

Lake Forest Country Day School

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

      MINUTE entry before Judge Maria Valdez :Magistrate Judge Status hearing held on 2/12/2008 and continued to 4/15/2008 at 09:30 AM. Parties indicate on going settlement negotiation. Court will set discovery schedule on 4/15/08. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.