**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jean Shutler
                       Plaintiff,

v.                                   Case No.: 1:07−cv−06553
                                              Honorable Blanche M. Manning

Lake Forest Country Day School
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

      MINUTE entry before Judge Honorable Maria Valdez:Magistrate Judge Status hearing held on 4/15/2008 and continued to 7/15/08 at 9:30 a.m. Fact Discovery ordered closed by 12/31/2008. Court inquire about settlement conference in open court.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.