IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEAN SHUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07 C 6553 |
| | ) | |
| | ) | |
| LAKE FOREST COUNTRY DAY | ) | The Honorable Maria Valdez |
| SCHOOL, an Illinois not for profit | ) | Judge Presiding |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

NOW COME the plaintiff, Jean Shutler, and the defendant, Lake Forest Country Day School, by their attorneys, and move this Honorable Court to enter the attached protective order governing the disclosure and use of personnel files or personnel documents, and financial or tax information of defendant's current or former employees.

WHEREFORE, in view of the foregoing, plaintiff and defendant move this Honorable Court to enter the attached protective order.

| | |
|---|---|
| S/Edward R. Theobald | S/William Barasha |
| EDWARD R. THEOBALD | WILLIAM C. BARASHA |
| Attorney for plaintiff | Attorney for defendant |
| Three First National Plaza | Judge, James & Kujawa, LLC |
| 70 W. Madison Street | 422 N. Northwest Highway |
| Suite 2030 | Suite 200 |
| Chicago, IL 60602 | Park Ridge, IL 60068 |
| (312) 346-9246 | (847) 292-1200 |