UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Jean Shutler

                      Plaintiff,

v.                                                   Case No.: 1:07−cv−06553
                                                       Honorable Blanche M. Manning

Lake Forest Country Day School

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Maria Valdez: Status hearing and presentment date of 7/15/08 on Plaintiff's agreed motion for protective order [20] is hereby stricken. This matter is before the Court on the parties' Agreed Protective Order. The Court has found good cause to seal the documents at issue. However, this Court will not enter a Protective Order, even if agreed upon by both parties, that does not meet this Court's minimum requirements. For example, the Agreed Protective Order does not have an explicit procedure under which a party or interested member of the public can challenge the confidential designation of the documents that have been filed under seal. The parties are directed to submit an amended Agreed Protective Order, consistent with this order, no later than 10 days after the date this order is entered.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.