IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEAN SHUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No.  07 C 6553 |
| | ) |
| LAKE FOREST COUNTRY DAY | ) The Honorable Maria Valdez |
| SCHOOL, an Illinois not for profit | ) Judge Presiding |
| corporation, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF AGREED MOTION

TO:   William C. Barasha
   Judge, James & Kujawa, LLC
   422 N. Northwest Highway
   Suite 200
   Park Ridge, IL 60068

   PLEASE TAKE NOTICE that on Tuesday, August 12, 2008, at 9:45 a.m. we shall appear before Judge Maria Valdez, in Room 1300, 219 South Dearborn, Chicago, IL and present the attached Agreed Motion for Entry of Amended Protective Order.

   S/ Edward R. Theobald
   EDWARD R. THEOBALD

EDWARD R. THEOBALD (2814595)
Three First National Plaza, 70 W. Madison Street, Suite 2030
Chicago, IL  60602
(312)  346-9246

### CERTIFICATE OF SERVICE

   The undersigned hereby certifies that he served a copy of the foregoing Notice of Motion to be served upon the above attorney, by electronic filing using the U.S. District Court for the Northern District of Illinois Electronic Case Filing System, on the 24th day of July, 2008.

   S/ Edward R. Theobald
   EDWARD R. THEOBALD