# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6553 | **DATE** | 8/7/2008 |
| **CASE TITLE** | Shutler vs. Lake Forest County Day School | | |

**DOCKET ENTRY TEXT**

Plaintiff's agreed amended motion for protective order [24] is granted. Enter Protective Order. Plaintiff's agreed motion for protective order [20] is hereby terminated. Status hearing set for 9/25/08 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| U.S. DISTRICT COURT CLERK | Courtroom Deputy Initials: | yp |
|---|---|---|

2008 AUG -7 PM 5:55

FILED-ED